IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

CHARLES A. NIEDERSTADT,

    Plaintiff,

v().                                              No. CV 13-0346 KG/KBM

CARRIZOZO/TOWN OF
CARRIZOZO POLICE DEPT.,
D. A. CEBALLES
D. A. OFFICE TWELFTH JUDICIAL DISTRICT,

    Defendants.

## JUDGMENT

This matter having come before the Court, *sua sponte* under 28 U.S.C. § 1915(e)(2) and rule 12(b)(6) of the Federal Rules of Civil Procedure, on Plaintiff's Civil Rights Complaint; and the Court having entered an order dismissing the Complaint,

IT IS THEREFORE ORDERED that judgment is hereby entered in favor of Defendants, and this action is DISMISSED.

_____
UNITED STATES DISTRICT JUDGE